# NO. 12-24-00157-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § | *APPEAL FROM THE 82ND* |
| *IN THE MATTER OF THE MARRIAGE OF TIFFANY ANN WALLACE AND JOHN ROBERT WALLACE AND IN THE INTEREST OF S.A.W., T.L.W., AND R.R.W., CHILDREN* | § | *JUDICIAL DISTRICT COURT* |
|  | § | *ROBERTSON COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time.[1] *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay-- at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

---

[1] This case was transferred to this court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order. *See* TEX. GOV'T CODE ANN. §73.001 (West 2013).

On May 28, 2024, the Clerk of this Court notified Appellant, John Robert Wallace, that the filing fee in this appeal is due and that the appeal would be subject to dismissal if the fee was not paid on or before June 7. The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that he is excused from paying the fee.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered June 12, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 12, 2024**

**NO. 12-24-00157-CV**

**IN THE MATTER OF THE MARRIAGE OF TIFFANY ANN WALLACE AND JOHN ROBERT WALLACE AND IN THE INTEREST OF S.A.W., T.L.W., AND R.R.W., CHILDREN**

Appeal from the 82nd District Court

of Robertson County, Texas (Tr.Ct.No. 23-06-D11429-DV)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*